PETER J. RIPONT, Respondent, *v.* THE MERCHANTS' LIFE INSURANCE COMPANY, Appellant.

(Argued June 5, 1876; decided June 13, 1876.)

*E. C. Sprague* for the appellant.

*Delavan F. Clark* for the respondent.

Agree to affirm.  No opinion.
All concur.
Judgment affirmed.